**United States District Court**
**Central District of California**

| | |
|---|---|
| CARMEN ALICIA MAGANA-FERID,<br>Petitioner,<br>v.<br>WARDEN, et al<br>Respondents. | No. 5:26-cv-06605-JAK-PD<br>**ORDER APPOINTING COUNSEL** |

There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. Therefore, pursuant to the Court's order referring this case to Office of the Federal Public Defender ("FPDO") for the consideration of appointment of counsel (Dkt. 8), and the FPDO's subsequent Notice Re: Appointment of Counsel (Dkt. 13) the Court appoints the following attorney to represent Petitioner in this immigration habeas case. *See* 18 U.S.C. § 3006A(a)(2)(B) (authorizing appointment for persons seeking relief under section 2241).

Nicolette Glazer
Law Offices of Larry R. Glazer
2121 Avenue of the Stars, 8th floor
Century City, California 90067
Phone: (310) 407-5353
Email: nicolette@glazerandglazer.com

This appointment order shall issue nunc pro tunc to the date of the FPDO's Notice Re: Appointment of Counsel, November 17, 2026. Nicolette Glazer shall file a notice of appearance in this case by no later than November 25, 2026.

IT IS SO ORDERED.

Dated: 11/18/2026____________

Patricia Donahue
______________________________
Honorable Patricia Donahue
United States Magistrate Judge

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc:nicolette@glazerandglazer.com]